**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7872**

———————

GREGORY H. JONES,

Plaintiff - Appellant,

versus

LIEUTENANT STONE; M. J. MCDADE, Superinten-
dent; ODIS TEMPLE, Superintendent,

Defendant - Appellee.

———————

**No. 95-7876**

———————

GREGORY H. JONES,

Plaintiff - Appellant,

versus

W. E. MCMICHAEL; MR. KARASOW; MR. CRUTCHFELD;
FRANKLIN E. FREEMAN, JR.; LYNN PHILLIPS;
RICKIE ROBINSON; RANDALL LEE; KENNETH
WHITEHEAD; C. E. JONES; ALONZO WIGGINS; GUARD
SLEDGE,

Defendants - Appellees.

———————

Appeals from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. Terrence W. Boyle, District
Judge. (CA-94-406-CT-5-BO, CA-94-490-5-CT)

———————

Submitted:  March 21, 1996        Decided:  April 10, 1996

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gregory H. Jones, Appellant Pro Se.  William McBlief, Jane Ray Garvey, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Jones v. Stone, No. CA-94-406-CT-5-BO; Jones v. McMichael, No. CA-94-490-5-CT (E.D.N.C. Nov. 13 and 14, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED